HYDE & BEHMAN AMUSEMENT COMPANY, Respondent, v. FRANK STAEUDEL, Appellant.— Judgment reversed upon the law, and a new trial granted, with costs to appellant to abide the event. No obligation of the defendant to pay the rent while the corporation continued in possession can be spelled out of the correspondence in this case, nor does the proof warrant the conclusion that plaintiff was led into permitting the corporation to remain in possession by reason of this correspondence. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

MARK K. IRONS, Appellant, v. WILLIAM STEINER SONS & Co., INC., and OSCAR B. BACH STUDIOS, INC., Respondents.— Judgments affirmed, with costs. No opinion. Kelly, P. J., Rich and Manning, JJ., concur; Young and Lazansky, JJ., dissent, being of opinion that there was error in the charge of the court on the question of notice to the defendants as to the condition of the pipe or drain.

MEYER LIPSCHITZ, Appellant, v. NATHAN SWEEDLER, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CHRISTOPHER W. MORGAN, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

DAVID W. NADIEN, Respondent, v. SAMUEL STEIN, Appellant.— Order granting plaintiff's motion to open his default in failing to serve bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

MINNIE MURPHY O'BRIEN, as Executrix, etc., of LAWRENCE G. O'BRIEN, Deceased, Appellant, v. KATIE O'BRIEN and THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO BASKOWITZ, Appellant.— Judgment of conviction unanimously affirmed, pursuant to section 542 of the Code of Criminal Procedure. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

LENA RYAN, as Administratrix, etc., of FRANCIS RYAN, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

OTTO SEEBERGER, Respondent, v. PUTNAM & Co., INC., and JACOB RUBIN & SONS, INC., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

WALTER G. TAYLOR, Respondent, v. ROMEO ZANETTI and Another, Defendants. CHARLES E. SWASEY, Appellant.— Order denying motion to vacate and set aside judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.